JUDGE BRIEANT


ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS, NEW CINGULAR WIRELESS PCS, LLC, SPRINT SPECTRUM L.P., and OMNIPOINT COMMUNICATIONS, INC. a wholly owned subsidiary of T-MOBILE USA, INC.<br><br>                    Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>                    Defendants. | 07 CIV 7637<br><br>**RULE 7.1 STATEMENT**<br><br>Case No. _____ |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**OF NEW YORK SMSA LIMITED PARTNERSHIP d/b/a/ VERIZON WIRELESS**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for New York SMSA Limited Partnership certifies as follows:

New York SMSA Limited Partnership is a New York general partnership between the following entities:

1. NYNEX Mobile Limited Partnership 1, a Delaware limited partnership composed of Bell Atlantic Mobile Systems of Allentown, Inc., which is not a publicly traded company, and Cellco Partnership.

2. Cellco Partnership d/b/a Verizon Wireless ("Cellco"), a Delaware general partnership with seven partners. Verizon Communications Inc. and Vodafone Group Plc. are not partners in Cellco, but indirectly own 55% and 45% interests, respectively. Both Verizon Communications Inc. and Vodafone Group Plc. are publicly traded companies.

7-10-2007

*[signature]*

John E. Barry, Esq. (JB1776)
Andrew G. McBride, Esq.(AM1966)

**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
Tel.: 202.719.7000
Fax: 202.719.7049

**Attorney for Plaintiff
New York SMSA Limited
Partnership d/b/a
Verizon Wireless**

Dated: This 27TH day of August, 2007.

7-10-2007