UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Verizon Wireless, et. al.,

                                Plaintiffs,         **RULE 7.1 STATEMENT**

    -against-                                  07cv 7637 (CLB)

Town of Clarkstown, et. al.,

                                Defendants.
------------------------------------------------------------------X

        Pursuant to the Federal Rules of Civil Procedure Rule 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff, New Cingular Wireless PCS, LLC (a private non-governmental party) certifies that the following is a parent corporation and/or a publicly held corporation that owns 10% or more of its stock:

         AT&T, Inc.
         AT&T Mobility, LLC

Dated: August 23, 2007
        White Plains, New York

                                           _____
                                           Christopher B. Fisher (CF9494)
                                           CUDDY & FEDER LLP
                                           Attorneys for Plaintiff
                                              New Cingular Wireless PCS, LLC
                                           445 Hamilton Avenue, 14th Floor
                                           White Plains, New York 10601
                                           (914) 761-1300 Tel

C&F: 799831.2