UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK SMSA LIMITED
PARTNERSHIP d/b/a VERIZON
WIRELESS, et al.,

                Plaintiffs,

v.

TOWN OF CLARKSTOWN, et al.,

                Defendants.

**Rule 7.1 STATEMENT**

07cv 7637 (CLB)

      Pursuant to the Federal Rules of Civil Procedure Rule 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff, Sprint Spectrum L.P. (a private non-governmental party) certifies that the following is a parent corporation and/or a publicly held corporation that owns 10% or more of its stock:

      Sprint Spectrum Holding Company, L.P.
      Sprint Enterprises, L.P.
      SWV Six, Inc.
      SWV One Telephony Partnership
      SWV Two Telephony Partnership
      US Telecom, Inc.
      UCOM, Inc.
      Sprint Nextel Corporation
      SWV Two, Inc.
      SWV Four, Inc.

Dated: August 24, 2007
       Woodcliff Lake, New Jersey

                                            Gregory D. Meese (GDM 8738)
                                            Price, Meese, Shulman & D'Arminio, P.C.
                                            Attorneys for Plaintiff Sprint Spectrum L.P.
                                            50 Tice Boulevard
                                            Woodcliff Lake, NJ 07677
                                            (201)391-3737