IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS, NEW CINGULAR WIRELESS PCS, LLC d/b/a AT&T, SPRINT SPECTRUM L.P. d/b/a SPRINT, and OMNIPOINT COMMUNICATIONS, INC. a wholly owned subsidiary of T-MOBILE USA, INC.<br><br>   Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>   Defendants. | Case No. 07CV7637 (CLB) |

**OMNIPOINT COMMUNICATIONS, INC.'S
F.R.C.P. RULE 7.1 STATEMENT
AND CERTIFICATION**

Undersigned counsel hereby certifies that Plaintiff Omnipoint Communications, Inc. is a Delaware corporation, with its principal place of business at 12920 SE 38th Street, Bellevue, Washington 98006. Omnipoint Communications, Inc. is a wholly owned subsidiary of T-Mobile USA, Inc, which, itself is an indirect wholly owned subsidiary of Deutsche Telekom AG, a publicly traded corporation.

Dated: August 24, 2007

Michael A. Lampert
Saul Ewing LLP
750 College Road East
Suite 100
Princeton, New Jersey 08540-6617
(609) 452-3123 (phone)
(609) 452-3125 (fax)
mlampert@saul.com (email)

938567.1 8/23/07