# UNITED STATES DISTRICT COURT

Southern District of New York

New York SMSA Limited Partnership d/b/a
Verizon Wireless, et al.

V.

Town of Clarkstown, New York and the Town
Board of the Town of Clarkstown, New York

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 7637

TO: (Name and address of Defendant)

Town Board of the Town of Clarkstown, New York
10 Maple Ave.
New City, New York 10956,
Tel: 845.639.2060
ATTN: Town Attorney, Amy Wagner Mele, Esq.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John E. Barry, Esq.
Andrew G. McBride, Esq.
Wiley Rein LLP, 1776 K St. NW
Washington, DC 20006

Christopher B. Fisher, Esq.
CUDDY & FEDER LLP
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601

Gregory D. Meese, Esq.
PRICE, MEESE, SHULMAN
& D'ARMINIO, P.C.
50 Tice Boulevard
Woodcliff Lake, NJ 07677

Michael A. Lampert, Esq.
SAUL EWING, LLP
750 College Road East, Suite 100
Princeton, New Jersey 08540

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE: AUG 2 8 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] *See Attachment A | DATE 9-7-07 @ 11:05 AM |
| NAME OF SERVER *(PRINT)* David Ksiazek | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY serving on Kim Mannino, Clerk Typist, authorized to accept. Service was completed at 10 Maple Avenue, New City, NY 10956

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

State & County of New York

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/10/07
             *Date*

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ATTACHMENT A

Letter dated August 27, 2007
Civil Cover Sheet, Rule 7.1 Corporate Disclosure Statement of New York SMSA
Limited Partnership d/b/a Verizon Wireless
Omnipoint Communications, Inc.'s F.R.C.P. Rule 7.1 Statement and Certification
Affidavit of John E. Barry in Support of Complaint for Declaratory and Injunctive
Relief with Exhibit A
Individual Practices of Judge Charles L. Brieant
Procedures for Electronic Case Filing
Individual Practices of Magistrate Judge George A. Yanthis
Consent to Proceed before a United States Magistrate Judge
Right to Proceed before a United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS  et al.<br><br>                    Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>                    Defendants. | Case No. 07-cv-7637 (CLB) (GAY) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed via the Court's electronic filing system on September 28, 2007 to the following counsel of record:

| | |
|---|---|
| Christopher B. Fisher, Esq. (CF 9494)<br>**CUDDY & FEDER LLP**<br>445 Hamilton Avenue, 14th Floor<br>White Plains, New York 10601<br>Tel.: 914.761.1300<br>Fax: 914.761.5372<br><br>*Attorneys for Plaintiff*<br>*New Cingular Wireless PCS, LLC* | Gregory D. Meese, Esq. (GDM 8738)<br>**PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.**<br>50 Tice Boulevard<br>Woodcliff Lake, NJ 07677<br>Tel: 201.391.3737<br><br>*Attorneys for Plaintiff*<br>*Sprint Spectrum L.P.* |

- 2 -

| | |
|---|---|
| Michael A. Lampert, Esq. (ML 1064)<br>**SAUL EWING, LLP**<br>750 College Road East<br>Suite 100<br>Princeton, New Jersey 08540-6617<br>Tel.: 609.452.3123<br>Fax: 609.452.3125<br><br>*Attorneys for Plaintiff*<br>*Omnipoint Communications, Inc.* | Edward M. Ross, Esq.<br>**ROSENBERG CALICA & BIRNEY LLP**<br>100 Garden City Plaza<br>Garden City, New York 11530<br>Tel.: 516.747.7400<br>Fax: 516.747.7480<br><br>*Attorney for Defendants Town of Clarkstown*<br>*and Town Board of the Town of Clarkstown* |

The undersigned further certifies that a true and accurate copy of the foregoing was sent via overnight UPS to the following:

Edward M. Ross, Esq.
**ROSENBERG CALICA & BIRNEY LLP**
100 Garden City Plaza
Garden City, New York 11530
Tel.: 516.747.7400
Fax: 516.747.7480

*Attorney for Defendants*
*Town of Clarkstown and Town Board of*
*the Town of Clarkstown*

                                                  /s/
                                      Andrew G. McBride