*LML*

*Brieant, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEW YORK SMSA LIMITED PARTNERSHIP d/b/a
VERIZON WIRELESS, NEW CINGULAR WIRELESS
PCS, LLC, SPRINT SPECTRUM L.P., and OMNIPOINT
COMMUNICATIONS, INC., a wholly owned subsidiary
of T-MOBILE USA, INC.,

                      Plaintiffs,

    -against-

THE TOWN OF CLARKSTOWN and THE TOWN
BOARD OF THE TOWN OF CLARKSTOWN,

                      Defendants.
-----------------------------------------------------------------X

Case No. 07 CV 7637
(Brieant, J.)
(Yanthis, M.J.)

**STIPULATION** *& ORDER EXTENDING TIME*

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties that the time for all defendants to answer or otherwise move with reference to the complaint in this action be extended to and including **October 4, 2007**.

This stipulation may be executed by facsimile, e-mail and/or counterpart.

Dated: September ___, 2007

| **WILEY REIN LLP** | **ROSENBERG CALICA & BIRNEY LLP** |
|---|---|
| By: _____ <br> John E. Barry (JB 1776) <br> Andrew G. McBride (AM 1966) <br> *Attorneys for New York SMSA Limited Partnership d/b/a Verizon Wireless* <br> 1776 K Street, NW <br> Washington, DC 2006 <br> (202) 719-7000 | By: _____ <br> Edward M. Ross (EMR 1700) <br> *Attorneys for Defendants* <br> 100 Garden City, Suite 408 <br> Garden City, New York 11530 <br> (516) 747-7400 |

**CUDDY & FEDER LLP**

By: ___/s/_____
    Christopher B. Fisher (CF 9494)
*Attorneys for New Cingular Wireless PCS, LLC*
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
(914) 761-1300


**PRICE, MEESE, SHULMAN &
D'ARMINO, P.C.**


By: _____
    Gregory D. Meese (GDM 8738)
*Attorneys for Sprint Spectrum L.P.*
50 Tice Boulevard
Woodcliff Lake, New Jersey 07677
(201) 391-3737


**SAUL EWING, LLP**


By: _____
    Michael A. Lampert (ML 1064)
    Karl J. Nelson (KN        )
*Attorneys for Omnipoint Communications, Inc.*
750 College Road East
Suite 100
Princeton, New Jersey 08540-6617
(609) 452-3123


IT IS SO ORDERED:


_____
            U.S.D.J.

**CUDDY & FEDER LLP**


By: _____
      Christopher B. Fisher (CF 9494)
*Attorneys for New Cingular Wireless PCS, LLC*
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
(914) 761-1300


**PRICE, MEESE, SHULMAN & D'ARMINO, P.C.**


By: _____/s/_____
      Gregory D. Meese (GDM 8738)
*Attorneys for Sprint Spectrum L.P.*
50 Tice Boulevard
Woodcliff Lake, New Jersey 07677
(201) 391-3737


**SAUL EWING, LLP**


By: _____
      Michael A. Lampert (ML 1064)
      Karl J. Nelson (KN      )
*Attorneys for Omnipoint Communications, Inc.*
750 College Road East
Suite 100
Princeton, New Jersey 08540-6617
(609) 452-3123


IT IS SO ORDERED:


_____
      U.S.D.J.

**CUDDY & FEDER LLP**

By: _____
     Christopher B. Fisher (CF 9494)
*Attorneys for New Cingular Wireless PCS, LLC*
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
(914) 761-1300


**PRICE, MEESE, SHULMAN & D'ARMINO, P.C.**

By: _____
     Gregory D. Meese (GDM 8738)
*Attorneys for Sprint Spectrum L.P.*
50 Tice Boulevard
Woodcliff Lake, New Jersey 07677
(201) 391-3737


**SAUL EWING, LLP**

By: _____
     Michael A. Lampert (ML 1064)
     Karl J. Nelson (KN        )
*Attorneys for Omnipoint Communications, Inc.*
750 College Road East
Suite 100
Princeton, New Jersey 08540-6617
(609) 452-3123


IT IS SO ORDERED:

_____
     Charles Brieant
     U.S.D.J.

dated September 26, 2007

2