AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NEW YORK SMSA LIMITED PARTNERSHIP
d/b/a VERIZON WIRELESS, NEW CINGULAR
WIRELESS PCS, LLC, SPRINT SPECTRUM
L.P., and OMNIPOINT COMMUNICATIONS, INC.
a wholly owned subsidiary of T-MOBILE
USA, INC.
        Plaintiffs,

-against,

TOWN OF CLARKSTOWN, et ano.

**APPEARANCE**

Case Number: 07 CIV 7637

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Town of Clarkstown and The Town Board of the Town of Clarkstown.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/4/2007 | *Megan F. Carroll* |
| Date | Signature |
| | Megan F. Carroll     MC 3824 |
| | Print Name     Bar Number |
| | Rosenberg Calica & Birney LLP, 100 Garden City Plaza |
| | Address |
| | Garden City     NY     11530 |
| | City     State     Zip Code |
| | (516) 747-7400     (516) 747-7480 |
| | Phone Number     Fax Number |