*Fee paid*
*$25*
*E 624676*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS et al.<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>Defendants. | **MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***<br><br>Case No. 07-cv-7637 (CLB) (GAY) |

2007 OCT -5 P 3:06
S.D. OF N.Y. W.P.
FILED
U.S. DISTRICT COURT

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 1.3(c), I, Andrew G. McBride ("Movant"), hereby move this Court to enter an order admitting Jamie A. Aycock, Wiley Rein LLP, 1776 K Street NW, Washington, DC 20006, 202.719.7000, FAX 202.719.7049, to practice before the Court for purposes of representing New York SMSA Limited Partnership d/b/a Verizon Wireless in the above-captioned matter.

In support of this motion, Movant states that he is a member in good standing of the Bar of this honorable Court. Movant submits the attached Affidavit of Andrew G. McBride and timely certificates attesting to Mr. Aycock's good standing in the Bars of the District of Columbia and the State of Texas. There are no pending disciplinary proceedings against Mr. Aycock in any State or Federal Court.

This motion is not accompanied by a memorandum of law because the motion is addressed to the sound discretion of the Court and does not require the resolution of any disputed issues of law.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

WHEREFORE, Movant respectfully requests that the Court grant this Motion for Admission of Counsel *Pro Hac Vice* and enter the proposed Order attached hereto.

Respectfully submitted,

_____
Andrew G. McBride (AM1966)
WILEY REIN LLP
1776 K. St. NW
Washington, DC 20006
Tel.: 202.719.7000
Fax: 202.719.7049

Dated: October 4, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent via email on October 4, 2007 to the following counsel of record:

| | |
|---|---|
| Christopher B. Fisher, Esq. (CF 9494)<br>**CUDDY & FEDER LLP**<br>445 Hamilton Avenue, 14th Floor<br>White Plains, New York 10601<br>Tel.: 914.761.1300<br>Fax: 914.761.5372<br><br>*Attorneys for Plaintiff*<br>*New Cingular Wireless PCS, LLC* | Gregory D. Meese, Esq. (GDM 8738)<br>**PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.**<br>50 Tice Boulevard<br>Woodcliff Lake, NJ 07677<br>Tel: 201.391.3737<br><br>*Attorneys for Plaintiff*<br>*Sprint Spectrum L.P.* |
| Michael A. Lampert, Esq. (ML 1064)<br>**SAUL EWING, LLP**<br>750 College Road East<br>Suite 100<br>Princeton, New Jersey 08540-6617<br>Tel.: 609.452.3123<br>Fax: 609.452.3125<br><br>*Attorneys for Plaintiff*<br>*Omnipoint Communications, Inc.* | |

The undersigned further certifies that a true and accurate copy of the foregoing was sent via overnight UPS to the following:

| |
|---|
| Edward M. Ross, Esq.<br>**ROSENBERG CALICA & BIRNEY LLP**<br>100 Garden City Plaza<br>Garden City, New York 11530<br>Tel.: 516.747.7400<br>Fax: 516.747.7480<br><br>*Attorney for Defendants Town of Clarkstown and Town Board of the Town of Clarkstown* |

*/s/ Jamie A. Aycock*
Jamie A. Aycock

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS et al.<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>Defendants. | **AFFIDAVIT OF ANDREW G. MCBRIDE IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*** <br><br>Case No. 07-cv-7637 (CLB) (GAY) |

## AFFIDAVIT OF ANDREW G. MCBRIDE

ANDREW G. MCBRIDE, being duly sworn, hereby deposes and says as follows:

1. I am an partner at Wiley Rein LLP, 1776 K Street, N.W., Washington, D.C. 20006, counsel for Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jamie A. Aycock as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted in 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Aycock since June 2004.

4. Mr. Aycock is an Associate at Wiley Rein LLP, in Washington, D.C.

5. I have found Mr. Aycock to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jamie A. Aycock, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Jamie A. Aycock, *pro hac vice*, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Jamie A. Aycock, *pro hac vice*, to represent Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless in the above-captioned matter, be granted.

Dated: October 4, 2007

_____
Andrew G. McBride (AM1966)
WILEY REIN LLP
1776 K. St. NW
Washington, DC 20006
Tel.: 202.719.7000
Fax: 202.719.7049

Sworn to and subscribed before me
this 4th day of October, 2007.

_____
A Notary Public of the District of
Columbia

My Commission expires:
Larry E. Jefferson
Notary Public, District of Columbia
My Commission Expires 1/14/2012



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JAMIE A. AYCOCK

was on the 11TH day of MAY, 2007 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 24, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

September 20, 2007

Re:   Jamie Alan Aycock, State Bar Number 24050241

To Whom It May Concern:

This is to certify that Mr. Jamie Alan Aycock was licensed to practice law in Texas on November 4, 2005, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Aycock's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/lg



P.O. BOX 12487, AUSTIN, TEXAS 78711-2487, 512-453-5535 or 1-877-953-5535

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS et al.<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>Defendants. | **ORDER FOR ADMISSION OF COUNSEL _PRO HAC VICE_ ON WRITTEN MOTION**<br><br>Case No. 07-cv-7637 (CLB) (GAY) |

**ORDER FOR ADMISSION OF COUNSEL _PRO HAC VICE_ ON WRITTEN MOTION**

Upon the motion of Andrew G. McBride, attorney for Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Jamie A. Aycock
> Wiley Rein LLP
> 1776 K Street NW
> Washington, DC 20006
> Tel.: 202.719.7000
> Fax: 202.719.7049
> jaycock@wileyrein.com

is admitted as counsel for Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED.**

_____
Charles L. Brieant
United States District Judge

Dated: _____