IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS et al.<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>Defendants. | **MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***<br><br>Case No. 07-cv-7637 (CLB) (GAY) |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 1.3(c), I, Andrew G. McBride ("Movant"), hereby move this Court to enter an order admitting Joshua S. Turner, Wiley Rein LLP, 1776 K Street NW, Washington, DC 20006, 202.719.7000, FAX 202.719.7049, to practice before the Court for purposes of representing New York SMSA Limited Partnership d/b/a Verizon Wireless in the above-captioned matter.

In support of this motion, Movant states that he is a member in good standing of the Bar of this honorable Court. Movant submits the attached Affidavit of Andrew G. McBride and timely certificates attesting to Mr. Turner's good standing in the Bar of the District of Columbia. There are no pending disciplinary proceedings against Mr. Turner in any State or Federal Court.

This motion is not accompanied by a memorandum of law because the motion is addressed to the sound discretion of the Court and does not require the resolution of any disputed issues of law.

WHEREFORE, Movant respectfully requests that the Court grant this Motion for Admission of Counsel *Pro Hac Vice* and enter the proposed Order attached hereto.

Respectfully submitted,

_____
Andrew G. McBride (AM1966)
WILEY REIN LLP
1776 K. St. NW
Washington, DC 20006
Tel.: 202.719.7000
Fax: 202.719.7049

Dated: October 4, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent via email on October 4, 2007 to the following counsel of record:

| | |
|---|---|
| Christopher B. Fisher, Esq. (CF 9494)<br>**CUDDY & FEDER LLP**<br>445 Hamilton Avenue, 14th Floor<br>White Plains, New York 10601<br>Tel.: 914.761.1300<br>Fax: 914.761.5372<br><br>*Attorneys for Plaintiff*<br>*New Cingular Wireless PCS, LLC* | Gregory D. Meese, Esq. (GDM 8738)<br>**PRICE, MEESE, SHULMAN &**<br>**D'ARMINIO, P.C.**<br>50 Tice Boulevard<br>Woodcliff Lake, NJ 07677<br>Tel: 201.391.3737<br>*Attorneys for Plaintiff*<br>*Sprint Spectrum L.P.* |
| Michael A. Lampert, Esq. (ML 1064)<br>**SAUL EWING, LLP**<br>750 College Road East<br>Suite 100<br>Princeton, New Jersey 08540-6617<br>Tel.: 609.452.3123<br>Fax: 609.452.3125<br><br>*Attorneys for Plaintiff*<br>*Omnipoint Communications, Inc.* | |

The undersigned further certifies that a true and accurate copy of the foregoing was sent via overnight UPS to the following:

| |
|---|
| Edward M. Ross, Esq.<br>**ROSENBERG CALICA & BIRNEY LLP**<br>100 Garden City Plaza<br>Garden City, New York 11530<br>Tel.: 516.747.7400<br>Fax: 516.747.7480<br><br>*Attorney for Defendants Town of Clarkstown and Town*<br>*Board of the Town of Clarkstown* |

_____
Jamie A. Aycock

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS et al.<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>Defendants. | **AFFIDAVIT OF ANDREW G. MCBRIDE IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*** <br><br>Case No. 07-cv-7637 (CLB) (GAY) |

## AFFIDAVIT OF ANDREW G. MCBRIDE

ANDREW G. MCBRIDE, being duly sworn, hereby deposes and says as follows:

1. I am an partner at Wiley Rein LLP, 1776 K Street, N.W., Washington, D.C. 20006, counsel for Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Joshua S. Turner as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted in 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Turner since March 2001.

4. Mr. Turner is a Partner at Wiley Rein LLP, in Washington, D.C.

5. I have found Mr. Turner to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Joshua S. Turner, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Joshua S. Turner, *pro hac vice*, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Joshua S. Turner, *pro hac vice*, to represent Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless in the above-captioned matter, be granted.

Dated: October 4, 2007

Andrew G. McBride (AM1966)  
WILEY REIN LLP  
1776 K. St. NW  
Washington, DC 20006  
Tel.: 202.719.7000  
Fax: 202.719.7049

Sworn to and subscribed before me  
this 4th day of October, 2007.

A Notary Public of the District of Columbia

My Commission expires:

Larry E. Jefferson  
Notary Public, District of Columbia  
My Commission Expires 1/14/2012



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**JOSHUA S. TURNER**

was on the 10TH day of DECEMBER, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 21, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS et al.<br><br>                Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>                Defendants. | **ORDER FOR ADMISSION OF COUNSEL** ***PRO HAC VICE*** **ON WRITTEN MOTION**<br><br>Case No. 07-cv-7637 (CLB) (GAY) |

## ORDER FOR ADMISSION OF COUNSEL ***PRO HAC VICE*** ON WRITTEN MOTION

Upon the motion of Andrew G. McBride, attorney for Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Joshua S. Turner
>Wiley Rein LLP
>1776 K Street NW
>Washington, DC 20006
>Tel.: 202.719.7000
>Fax: 202.719.7049
>jturner@wileyrein.com

is admitted as counsel for Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED.**

                                                                       _____
                                                                       Charles L. Brieant
                                                                       United States District Judge

Dated: _____