UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NEW YORK SMSA LIMITED PARTNERSHIP d/b/a
VERIZON WIRELESS, NEW CINGULAR WIRELESS          Case No. 07 CV 7637
PCS, LLC, SPRINT SPECTRUM L.P., and OMNIPOINT    (Brieant, J.)
COMMUNICATIONS, INC., a wholly owned subsidiary  (Yanthis, M.J.)
of T-MOBILE USA, INC.,

                              Plaintiffs,

     -against-                                    **NOTICE OF CHANGE**
                                                          **OF ADDRESS**

THE TOWN OF CLARKSTOWN and THE TOWN             **Electronically Filed**
BOARD OF THE TOWN OF CLARKSTOWN,

                              Defendants.
------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that all correspondence and pleadings in the above referenced action directed to the undersigned should be addressed as follows:

                              Megan F. Carroll, Esq.
                            Rosenberg Calica & Birney LLP
                       100 Garden City Plaza, Suite 408
                         Garden City, New York 11530
                              (516) 747-7400

Dated Garden City, New York
       October 11, 2007

                                    Respectfully submitted,

                                    ROSENBERG CALICA & BIRNEY LLP

                                    By:    /s/ Megan F. Carroll
                                         Megan F. Carroll (MFC - 3824)
                                   *Attorneys for Defendants*
                                   100 Garden City Plaza, Suite 408
                                   Garden City, New York 11530
                                   (516) 747-7400

TO:    WILEY REIN LLP
John E. Barry, Esq.
Andrew G. Mc Bride, Esq.
*Attorneys for New York SMSA Limited*
*Partnership d/b/a Verizon Wireless*
1776 K Street, NW
Washington DC 20006
(202) 719-7000

CUDDY & FEDER LLP
Christopher B. Fisher, Esq.
*Attorneys for New Cingular Wireless PCS, LLC*
445 Hamilton Avenue, 14th Floor
White Plains NY 10601
(914) 761-1300

PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
Gregory D. Meese, Esq.
*Attorneys for Sprint Spectrum L.P.*
50 Tice Boulevard
Woodcliff Lake NJ 07677
(201) 391-3737

SAUL EWING, LLP
Michael A. Lampert, Esq.
Karl J. Nelson, Esq.
*Attorneys for Omnipoint Communications, Inc.*
750 College Road East Suite 100
Princeton NJ 08540-6617
(609) 452-3123