

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS et al.<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>Defendants. | **ORDER FOR ADMISSION OF COUNSEL *PRO HAC VICE* ON WRITTEN MOTION**<br><br>Case No. 07-cv-7637 (CLB) (GAY) |

**ORDER FOR ADMISSION OF COUNSEL *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Andrew G. McBride, attorney for Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Jamie A. Aycock
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Tel.: 202.719.7000
Fax: 202.719.7049
jaycock@wileyrein.com

is admitted as counsel for Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

_____
Charles L. Brieant
United States District Judge

Dated: October 10, 2007