

1776 K STREET NW
WASHINGTON, DC 20006
PHONE 202.719.7000
FAX 202.719.7049

7925 JONES BRANCH DRIVE
McLEAN, VA 22102
PHONE 703.905.2800
FAX 703.905.2820

www.wileyrein.com

October 22, 2007

Andrew G. McBride
202.719.7135
amcbride@wileyrein.com

**VIA OVERNIGHT UPS**

Megan Frances Carroll, Esq. (ML 1064)
**ROSENBERG CALICA & BIRNEY LLP**
100 Garden City Plaza, Suite 408
Garden City, New York 11530
Tel.: 516.747.7400
Fax: 516.747.7480

Re:  *New York SMSA L.P. d/b/a Verizon Wireless et al. v. Town of Clarkstown and the Town Board of Clarkstown*, Southern District of New York Case No. 07 cv 7637 (CLB)(GAY)

Dear Ms. Carroll:

We received a call from Judge Brieant's deputy at the Southern District of New York today advising that the judge has accepted our jointly proposed Discovery Plan and Scheduling Order and pursuant to our joint request has cancelled the conference that was scheduled for this Friday, October 26, 2007. The Court also set a motion-returnable date of May 16, 2008 at 10:00am.

Please call me if you have any questions regarding this matter.

Sincerely,

Andrew G. McBride

cc:   Southern District of New York (via Facsimile 914-390-4085)

12727284.1