EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                     :

NEW YORK SMSA LIMITED              :
PARTNERSHIP d/b/a VERIZON WIRELESS,
ET AL.
                                                   :

        Plaintiffs,                      :
                                                   :      07 Civ. 7637 (CLB) (GAY)

       - against -                :

TOWN OF CLARKSTOWN, NEW YORK  :      CIVIL CASE DISCOVERY PLAN
and the TOWN BOARD of the TOWN OF           AND SCHEDULING ORDER
CLARKSTOWN, NEW YORK,                   ~~EXHIBIT 1~~ *addendum*
                                                   :

        Defendants.                 :
                                                   :
------------------------------------------------------------- x

## CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER ~~EXHIBIT~~ 1 *addendum*

Pursuant to the Order of this Court dated September 14, 2007 and pursuant to the Federal Rules of Civil Procedure, counsel for the parties in this case conferred by teleconference on October 4, 2007, to discuss the matters set forth in Fed. R. Civ. P. 26(f).

The Court, having considered the proposals set forth in the parties' Report on Discovery Plan Pursuant to Fed. R. Civ. P. 26(f) filed on October 16, 2007, this _22_ day of _October 2007_ hereby ORDERS as follows:

    1.     All of the parties to this action believe the issues raised in this suit are likely to be resolved by cross motions for summary judgment without resort to discovery.

    2.     In order to avoid needless expense, the parties have agreed to establish a schedule for cross motions for summary judgment, and wish to defer any potential discovery until after this Court has had an opportunity to rule on these motions.

3.  The parties will file motions for summary judgment in accordance with the following schedule:

| Filing(s) | Deadline |
|---|---|
| Plaintiffs' Motion(s) for Summary Judgment | January 11, 2008 |
| Defendants' Response to Plaintiffs' Motion(s) for Summary Judgment; Defendants' Cross Motion(s) for Summary Judgment | February 29, 2008 |
| Plaintiffs' Reply in Support of Their Motion(s) for Summary Judgment; Plaintiffs' Response(s) to Defendants' Cross Motion(s) for Summary Judgment | April 4, 2008 |
| Defendants' Reply in Support of Their Motion(s) for Summary Judgment | May 9, 2008 |

*Oral argument on Motion(s) May 16, 2008 at 10:00 AM*

**Pleadings and Parties**:

4.  Except for good cause shown, no additional parties may be joined, and no pleadings may be amended, more than 90 days after the Court rules on the summary judgment motions.

**Discovery**:

5.  Discovery will be stayed until the Court rules on the summary judgment motions and no discovery deadlines will be set at this time.

6.  In the event that resolution of the cross motions for summary judgment does not resolve all the issues raised in this suit, the Court will revisit discovery and set deadlines following its ruling(s).

*[signature]*
The Hon. Charles L. Brieant
United State District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS et al.<br><br>        Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>        Defendants. | **Case No. 07-cv-7637 (CLB) (GAY)** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed via the Court's electronic filing system on October 16, 2007 to the following counsel of record:

| | |
|---|---|
| Christopher B. Fisher, Esq. (CF 9494)<br>**CUDDY & FEDER LLP**<br>445 Hamilton Avenue, 14th Floor<br>White Plains, New York 10601<br>Tel.: 914.761.1300<br>Fax: 914.761.5372<br><br>*Attorneys for Plaintiff*<br>*New Cingular Wireless PCS, LLC* | Gregory D. Meese, Esq. (GDM 8738)<br>**PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.**<br>50 Tice Boulevard<br>Woodcliff Lake, NJ 07677<br>Tel: 201.391.3737<br><br>*Attorneys for Plaintiff*<br>*Sprint Spectrum L.P.* |

| | |
|---|---|
| Michael A. Lampert, Esq. (ML 1064)<br>**SAUL EWING, LLP**<br>750 College Road East<br>Suite 100<br>Princeton, New Jersey 08540-6617<br>Tel.: 609.452.3123<br>Fax: 609.452.3125<br><br>*Attorneys for Plaintiff*<br>*Omnipoint Communications, Inc.* | Edward M. Ross, Esq.<br>**ROSENBERG CALICA & BIRNEY LLP**<br>100 Garden City Plaza<br>Garden City, New York 11530<br>Tel.: 516.747.7400<br>Fax: 516.747.7480<br><br>*Attorney for Defendants Town of Clarkstown*<br>*and Town Board of the Town of Clarkstown* |
| Megan Frances Carroll, Esq. (ML 1064)<br>**ROSENBERG CALICA & BIRNEY LLP**<br>100 Garden City Plaza, Suite 408<br>Garden City, New York 11530<br>Tel.: 516.747.7400<br>Fax: 516.747.7480<br><br>*Attorneys for Defendants*<br>*Town of Clarkstown and*<br>*Town Board of the Town of Clarkstown* | |

                                                 /s/
                                       Andrew G. McBride