UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK SMSA LIMITED PARTNERSHIP
d/b/a VERIZON WIRELESS, NEW
CINGULAR WIRELESS PCS, LLC d/b/a
AT&T, SPRINT SPECTRUM L.P. d/b/a
SPRINT, and OMNIPOINT
COMMUNICATIONS, INC. a wholly owned
subsidiary of T-MOBILE USA, INC.

        Plaintiffs,

v.

TOWN OF CLARKSTOWN, and
THE TOWN BOARD OF THE TOWN OF
CLARKSTOWN

        Defendants.

---

Case No.: 07-CV-07637 (CLB)

NOTICE OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

---

TO:    John E. Barry, Esquire
        Andrew G. McBride, Esquire
        Wiley Rein LLP
        1776 K Street, N.W.
        Washington, DC 20006
        *Attorneys for Plaintiff New York SMSA*
        *Limited Partnership d/b/a Verizon Wireless*

        Gregory D. Meese, Esquire
        Price, Meese, Shulman & D'Arminio, P.C.
        50 Tice Boulevard
        Woodcliff Lake, New Jersey 07677
        *Attorneys for Plaintiff Sprint Spectrum L.P.*

Christopher B. Fisher, Esquire
Cuddy & Feder LLP
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
*Attorneys for Plaintiff New Cingular*
*Wireless PCS, LLC*

Megan F. Carroll, Esquire
Rosenberg Calica & Birney LLP
100 Garden City Plaza, Suite 408
Garden City, New York 11530
*Attorneys for Defendants Town of*
*Clarkstown and The Town Board*
*of the Town of Clarkstown*

        **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Michael A. Lampert, Esq., the accompanying Declaration of Karl J. Nelson, Esq. and the Certificate of Good Standing annexed thereto, we move this Court, as soon as counsel may be heard, before the Honorable Charles L. Brieant at the United States Courthouse for the Southern District of New York,

969354.1 10/29/07

pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Karl J. Nelson, Esquire, a Partner in the law firm of Saul Ewing LLP, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.

Respectfully submitted,

Dated: 10/29/07

_____
MICHAEL A. LAMPERT, ESQUIRE (ML 1064)
SAUL EWING LLP
750 College Road East
Suite 100
Princeton, NJ 08540-6617
Phone: (609) 452-3123
Fax: (609) 452-3125
Counsel for Plaintiff
Omnipoint Communications, Inc.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS, NEW CINGULAR WIRELESS PCS, LLC d/b/a AT&T, SPRINT SPECTRUM L.P. d/b/a SPRINT, and OMNIPOINT COMMUNICATIONS, INC. a wholly owned subsidiary of T-MOBILE USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>Defendants. | Case No.: 07-CV-07637 (CLB)<br><br>DECLARATION OF MICHAEL A. LAMPERT, ESQ. |

MICHAEL A. LAMPERT, ESQ. declares and says:

1. I am a Partner at the law firm of Saul Ewing LLP, attorneys for Plaintiff Omnipoint Communications, Inc. ("Plaintiff") in the above-captioned action. I make this declaration in support of the application to admit Karl J. Nelson, Esq. *pro hac vice* in accordance with Local Rule 1.3(c) of the United States District Court for the Southern District of New York to represent Plaintiff in this action.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. In this litigation, I and other colleagues of my firm will appear as attorneys of record for Plaintiff. Plaintiff is a wholly owned subsidiary of T-Mobil USA, Inc., a

Delaware Corporation, with its principal place of business at 12920 SE 38th Street, Bellevue, Washington 98006, is licensed by the FCC, and provides commercial mobile services and personal wireless services as those terms are defined under federal law in and around Clarkstown, New York.

    4.    Mr. Nelson is a Partner at Saul Ewing LLP, a Delaware LLP, in Baltimore, Maryland.

    5.    I attest to the good moral and professional character of Mr. Nelson and, at the request of our client, respectfully move his admission *pro hac vice* to serve as co-counsel in this litigation, representing Plaintiff with the right to actively participate in the conduct of any trial or any pretrial or post-trial proceeding before this Court concerning this litigation. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/29/07

MICHAEL A. LAMPERT, ESQUIRE (ML 1064)

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS, NEW CINGULAR WIRELESS PCS, LLC d/b/a AT&T, SPRINT SPECTRUM L.P. d/b/a SPRINT, and OMNIPOINT COMMUNICATIONS, INC. a wholly owned subsidiary of T-MOBILE USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>Defendants. | Case No.: 07-CV-07637 (CLB)<br><br>DECLARATION OF KARL J. NELSON, ESQ. |

KARL J. NELSON, ESQ. declares and says:

1. I am a Partner in the law firm of Saul Ewing LLP. My Firm's principal business address is 500 East Pratt Street, Suite 900, Baltimore, Maryland 21202. My business telephone is 410-332-8663.

2. I received my law degree in 1990 from the University of Baltimore School of Law in Baltimore, Maryland.

3. I have been licensed to practice law in the State of Maryland since December, 1990.

4. I am, and always have been, a member in good standing of all Courts to which I have been admitted. In preparation for this motion, I have attached an original of a Certificate of Good Standing for each jurisdiction to which I am admitted as Exhibit A.

5. Having spoken directly with representatives of my client on this matter, I can represent to the Court that my client has full confidence in my legal abilities, and wishes for me to participate as its counsel in this proceeding.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/19/07

_____
KARL J. NELSON, ESQUIRE

# Court of Appeals
# of Maryland
### Annapolis, MD



### CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the nineteenth day of December, 1990,

### Karl Joseph Nelson

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventeenth day of October, 2007.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

# Certificate of Good Standing



UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that, KARL JOSEPH NELSON, ESQUIRE, BAR NUMBER 09686, was duly admitted to practice in the United States District Court for the District of Maryland on February 7, 1992, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

Date: October 18, 2007

FELICIA C. CANNON
Clerk

*Tina Stavrou*
Tina Stavrou - Deputy Clerk

# United States Court of Appeals

## FOR THE NINTH CIRCUIT

### CERTIFICATE OF GOOD STANDING

I, **Cathy A. Catterson**, Clerk of this Court,

certify that **KARL JOSEPH NELSON** was duly admitted

to practice in this Court on **February 26, 2007**
                               Date

and is in good standing in this Court.

Dated at **San Francisco, CA** on **October 18, 2007**
          Location                        Date

_Cathy A. Catterson_
**CLERK**

_Jenny Vang_
**DEPUTY CLERK**

# In the United States Court of Federal Claims

I, Brian Bishop, Clerk of the United States Court of Federal Claims, do hereby certify that **Karl Joseph Nelson,** Esquire was on **December 26, 2000,** duly sworn, enrolled and admitted as an attorney of the United States Court of Federal Claims; and on this date is a member of the United States Court of Federal Claims bar in good standing, as appears from the records and files of this office.

> IN TESTIMONY WHEREOF I have hereunto
> subscribed my hand and affixed the seal
> of said Court at Washington, D.C.,
> this 24th day of October, A.D., 2007.

*Brian Bishop*
Brian Bishop, Clerk



# CERTIFICATE OF GOOD STANDING

I, Patricia S. Connor, Clerk of this Court, certify that __Karl Joseph Nelson__ was duly admitted to practice in this Court on __November 3, 1997__, and is in good standing in this Court.

Dated at Richmond, Virginia, on __October 19, 2007__.

DEPUTY CLERK

Patricia S. Connor
CLERK

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS, NEW CINGULAR WIRELESS PCS, LLC d/b/a AT&T, SPRINT SPECTRUM L.P. d/b/a SPRINT, and OMNIPOINT COMMUNICATIONS, INC. a wholly owned subsidiary of T-MOBILE USA, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>    Defendants. | Case No.: 07-CV-07637 (CLB)<br><br>**ORDER GRANTING**<br>***PRO HAC VICE ADMISSION*** |

THIS MATTER having been opened to the Court by Saul Ewing LLP, counsel for Plaintiffs Omnipoint Communications, Inc. for an Order, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, admitting Karl J. Nelson, Esq. *pro hac vice* to represent Plaintiff Omnipoint Communications, Inc. and to argue or try this case in whole or in part as counsel, and the Court having considered the papers submitted in support of and in opposition, if any, and the Court having heard oral argument, and for good cause shown:

    IT IS ON this ____ day of _____, 2007,

    **ORDERED** that the motion for admission to practice *pro hac vice* is hereby GRANTED. So admitted, KARL J. NELSON, ESQUIRE, may actively participate in the conduct of the trial

969354.1 10/29/07

or any pretrial or post-trial proceeding before this Court concerning this litigation on behalf of Plaintiff Omnipoint Communications, Inc.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

_____
Hon. Charles L. Brieant, U.S.D.J.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS, NEW CINGULAR WIRELESS PCS, LLC d/b/a AT&T, SPRINT SPECTRUM L.P. d/b/a SPRINT, and OMNIPOINT COMMUNICATIONS, INC. a wholly owned subsidiary of T-MOBILE USA, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>    Defendants. | **Case No.: 07-CV-07637 (CLB)** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for *Pro Hac Vice* Admission was served upon counsel for the Defendants via Federal Express:

John E. Barry, Esquire
Andrew G. McBride, Esquire
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
*Attorneys for Plaintiff New York SMSA Limited
Partnership d/b/a Verizon Wireless*

Christopher B. Fisher, Esquire
Cuddy & Fedder LLP
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
*Attorneys for Plaintiff New Cingular Wireless PCS, LLC*

969354.1 10/29/07

Gregory D. Meese, Esquire
Price, Meese, Shulman & D'Arminio, P.C.
50 Tice Boulevard
Woodcliff Lake, New Jersey 07677
*Attorneys for Plaintiff Sprint Spectrum L.P.*

Megan F. Carroll, Esquire
Rosenberg Calica & Birney LLP
100 Garden City Plaza, Suite 408
Garden City, New York 11530
*Attorneys for Defendants Town of Clarkstown and
The Town Board of the Town of Clarkstown*

Dated: 10/22/07

MICHAEL A. LAMPERT, ESQUIRE