UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NEW YORK SMSA LIMITED PARTNERSHIP d/b/a
VERIZON WIRELESS, NEW CINGULAR WIRELESS
PCS, LLC, SPRINT SPECTRUM L.P., and OMNIPOINT       07 Civ. 7637 (CLB) (MJY)
COMMUNICATIONS, INC., a wholly owned subsidiary of
T-MOBILE USA, INC.,

                                                       **NOTICE OF APPEARANCE**

                        Plaintiffs,

                        -against-

THE TOWN OF CLARKSTOWN and THE TOWN BOARD
OF THE TOWN OF CLARKSTOWN,

                        Defendants.
------------------------------------------------------------------------X

       The undersigned hereby enters his appearance on behalf of New Cingular Wireless PCS, LLC in the above-captioned litigation.  Please take notice that all correspondence, pleadings, and other materials concerning or relating to the above-captioned action should be addressed to the undersigned pursuant to the contact information set forth below.

Dated: January 7, 2008
       White Plains, New York

                                           **CUDDY & FEDER** LLP
                                           Attorneys for
                                            New Cingular Wireless PCS, LLC
                                            445 Hamilton Avenue, 14th Floor
                                            White Plains, New York 10601
                                            (914) 761-1300 Tel.
                                            (914) 761-5372 Fax
                                            Email: CFisher@CuddyFeder.com

                                            ***Christopher B. Fisher/ECF***
                            By:_____
                                   Christopher B. Fisher (CF9494)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NEW YORK SMSA LIMITED PARTNERSHIP d/b/a
VERIZON WIRELESS, NEW CINGULAR WIRELESS
PCS, LLC, SPRINT SPECTRUM L.P., and OMNIPOINT         07 Civ. 7637 (CLB) (MJY)
COMMUNICATIONS, INC., a wholly owned subsidiary of
T-MOBILE USA, INC.,

                                     **AFFIDAVIT OF SERVICE**

                   Plaintiffs,

                  -against-

THE TOWN OF CLARKSTOWN and THE TOWN BOARD
OF THE TOWN OF CLARKSTOWN,

                   Defendants.
------------------------------------------------------------------------X

       I hereby certify that on January 7, 2008, a copy of the foregoing:

**NOTICE OF APPEARANCE**

was filed through the Electronic Case Filing (E.C.F.) procedure under the United States District Court of Southern New York's local rules and served upon all parties of record by email (through E.C.F.) and first class mail as follows:

Megan F. Carroll, Esq.
Rosenberg Calica & Birney LLP
100 Garden City Plaza, Suite 408
Garden City, New York 11530
(516) 747-7400

John E. Barry, Esq.
Andrew G. McBride, Esq.
Wiley Rein LLP
1776 K Street, NW
Washington D.C. 20006
(202) 719-7000

Gregory D. Meese, Esq.
Price, Meese, Shulman & D'Arminio, P.C.
50 Tice Boulevard
Woodcliff Lake, New Jersey 07677
(201) 391-3737

C&F: 855686.1

Michael A. Lampert, Esq.
Karl J. Nelson, Esq.
Saul Ewing, LLP
750 College Road East, Suite 100
Princeton, New Jersey 08540
(609) 452-3123


Dated: January 7, 2008
       White Plains, New York

**CUDDY &**
**FEDER** LLP

Attorneys for
New Cingular Wireless PCS, LLC
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
(914) 761-1300 Tel.
(914) 761-5372 Fax
Email: CFisher@CuddyFeder.com

By: *Christopher B. Fisher/ECF*
_____
     Christopher B. Fisher (CF9494)

3

C&F: 855686.1