IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS, NEW CINGULAR WIRELESS PCS, LLC, SPRINT SPECTRUM L.P., and OMNIPOINT COMMUNICATIONS, INC. a wholly owned subsidiary of T-MOBILE USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN, <br><br> Defendants. | Case No. 07-cv-7637 (CLB) (GAY) <br><br> <u>NOTICE OF MOTION</u> |

PLEASE TAKE NOTICE that on the 16th day of May, 2008, at 10:00 a.m., pursuant to this Court's Civil Case Discovery Plan and Scheduling Order Addendum (Oct. 22, 2007) [Doc. 20], Plaintiffs New York SMSA Limited Partnership, d/b/a Verizon Wireless ("Verizon Wireless"), New Cingular Wireless PCS, LLC ("AT&T"), Sprint Spectrum L.P. ("Sprint"), and Omnipoint Communications, Inc. a wholly owned subsidiary of T-Mobile USA, Inc. ("T Mobile") (collectively, "Plaintiffs"), by and through their respective counsel, will move this Court (Hon. Charles L. Brieant), at the United States Courthouse, 300 Quarropas Street, White Plains, New York, Courtroom 218, for an order granting Plaintiffs summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of their Motion for Summary Judgment (Jan. 11, 2008) [Doc. 25], Plaintiffs shall rely upon this Notice of Motion together with Plaintiffs' Memorandum of Law in Support of Their Motion for Summary Judgment filed on January 11, 2008 [Doc. 26].

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's Civil Case Discovery Plan and Scheduling Order Addendum (Oct. 22, 2007) [Doc. 20], any opposing memoranda or affidavits shall be served by February 29, 2008.

Respectfully submitted,

By:    /s/ Andrew G. McBride
Andrew G. McBride, Esq. (AM1966)
John E. Barry, Esq. (JB 1776)
Joshua S. Turner. Esq. (Pro Hac Vice)
**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
Tel.: 202.719.7000
Fax: 202.719.7049
**Attorneys for Plaintiff**
**New York SMSA Limited Partnership d/b/a**
**Verizon Wireless**

Christopher B. Fisher, Esq. (CF 9494)
**CUDDY & FEDER LLP**
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
Tel.: 914.761.1300
Fax: 914.761.5372
**Attorney for Plaintiff**
**New Cingular Wireless PCS, LLC**

Gregory D. Meese, Esq. (GDM 8738)
**PRICE, MEESE, SHULMAN &**
**D'ARMINIO, P.C.**
50 Tice Boulevard
Woodcliff Lake, NJ 07677
Tel: 201.391.3737
**Attorney for Plaintiff**
**Sprint Spectrum L.P.**

Michael A. Lampert, Esq. (ML 1064)
**SAUL EWING, LLP**
750 College Road East
Suite 100
Princeton, New Jersey 08540-6617
Tel.: 609.452.3123
Fax: 609.452.3125
**Attorneys for Plaintiff**
**Omnipoint Communications, Inc.**

Dated: This 16th day of January, 2008.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **Notice of Motion** were filed via the Court's electronic filing system on January 16, 2008, with service by operation of the Court's electronic filing system to the following counsel of record:

Christopher B. Fisher, Esq. (CF 9494)
**CUDDY & FEDER LLP**
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
Tel.: 914.761.1300
Fax: 914.761.5372

*Attorney for Plaintiff*
*New Cingular Wireless PCS, LLC*

Gregory D. Meese, Esq. (GDM 8738)
**PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.**
50 Tice Boulevard
Woodcliff Lake, NJ 07677
Tel: 201.391.3737

*Attorney for Plaintiff*
*Sprint Spectrum L.P.*

Michael A. Lampert, Esq. (ML 1064)
Karl J. Nelson (Pro Hac Vice)
**SAUL EWING, LLP**
750 College Road East
Suite 100
Princeton, New Jersey 08540-6617
Tel.: 609.452.3123
Fax: 609.452.3125

*Attorneys for Plaintiff*
*Omnipoint Communications, Inc.*

Megan Frances Carroll, Esq.
Edward M. Ross, Esq.
**ROSENBERG CALICA & BIRNEY LLP**
100 Garden City Plaza
Garden City, New York 11530
Tel.: 516.747.7400
Fax: 516.747.7480

*Attorneys for Defendants Town of Clarkstown and Town Board of the Town of Clarkstown*

                                          /s/ Andrew G. McBride
                                          Andrew G. McBride