UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS, NEW CINGULAR WIRELESS PCS, LLC, SPRINT SPECTRUM L.P., and OMNIPOINT COMMUNICATIONS, INC. a wholly owned subsidiary of T-MOBILE USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>Defendants. | Case No.: 07-CV-07637 (CLB) (GAY)<br><br>SUBSTITUTION OF ATTORNEY<br><br>(electronically filed) |

The undersigned hereby consent to the substitution of Saul Ewing LLP, 750 College Road East, Suite 100, Princeton, New Jersey 08540, as attorneys for Plaintiff Omnipoint Communications, Inc., in the above-captioned action.

SAUL EWING LLP

By: _____
Michael A. Lampert, Esq.
Withdrawing Attorney(s)
750 College Road East, Suite 100
Princeton, New Jersey 08540
Telephone (609) 452-3123

Dated: January 21, 2008

SAUL EWING LLP

By: _____
Michael A. Rowe, Esq.
Superseding Attorney(s)
750 College Road East, Suite 100
Princeton, New Jersey 08540
Telephone (609) 452-3136

Dated: January 21, 2008