UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS, NEW CINGULAR WIRELESS PCS, LLC, SPRINT SPECTRUM L.P., and OMNIPOINT COMMUNICATIONS, INC. a wholly owned subsidiary of T-MOBILE USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>Defendants. | Case No.: 07-CV-07637 (CLB) (GAY)<br><br>NOTICE OF APPEARANCE<br><br>(electronically filed) |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for

**Plaintiff Omnipoint Communications, Inc. a wholly owned subsidiary of T-Mobile USA, Inc.**

I certify that I am admitted to practice in this Court.

SAUL EWING LLP

Dated: January 21, 2008                By: _____
Michael A. Rowe, Esq. (MR 8643)
SAUL EWING LLP
750 College Road East – Suite 100
Princeton, New Jersey 08540
(609) 452-3136  Fax (609) 452-3121

980813.1 1/21/08