UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS, NEW CINGULAR WIRELESS PCS, LLC, SPRINT SPECTRUM L.P., and OMNIPOINT COMMUNICATIONS, INC. a wholly owned subsidiary of T-MOBILE USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF CLARKSTOWN, and THE TOWN BOARD OF THE TOWN OF CLARKSTOWN<br><br>Defendants. | Case No.: 07-CV-07637 (CLB) (GAY)<br><br>CERTIFICATE OF SERVICE<br><br>(electronically filed) |

I, Michael A. Rowe, hereby certify that, on January 21, 2008, I electronically filed one copy of **Plaintiff Omnipoint Communications, Inc.'s Notice of Appearance** with the Clerk of the Court using the CM/ECF System. All counsel are registered CM/ECF users and, as such, are able to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                Michael A. Rowe, Esq.

Dated: January 21, 2008