UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NEW YORK SMSA LIMITED PARTNERSHIP d/b/a
VERIZON WIRELESS, NEW CINGULAR WIRELESS            Case No. 07 CV 7637
PCS, LLC, SPRINT SPECTRUM L.P., and OMNIPOINT      (Brieant, J.)
COMMUNICATIONS, INC., a wholly owned subsidiary    (Yanthis, M.J.)
of T-MOBILE USA, INC.,

                       Plaintiffs,

                                                                  **NOTICE OF**
   -against-                                                              **CROSS- MOTION**

THE TOWN OF CLARKSTOWN and THE TOWN
BOARD OF THE TOWN OF CLARKSTOWN,

                       Defendants.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that on the 16th day of May, 2008, at 10:00 a.m., pursuant to this Court's Civil Case Discovery Plan and Scheduling Order Addendum (Oct. 22, 2007) [Doc. 2O], defendants the Town of Clarkstown and the Town Board of the Town of Clarkstown (collectively, "Defendants"), by their attorneys, Rosenberg Calica & Birney LLP, upon the pleadings, the annexed Local Civil Rule 56.1 Statement, the accompanying declarations of Town Attorney Amy Mele, Town Planner Jose C. Simoes, and Michael P. Musso, P.E., and the exhibits attached thereto, as well as the accompanying memorandum of law, will cross-move before this Court (Hon. Charles L. Brieant), at the United States Courthouse, 300 Quarropas Street, White Plains, New York, Courtroom 218, for an order granting Defendants summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and other and further relief as the Court may deem just and proper.

Dated: Garden City, New York
      March 14, 2008

Respectfully Submitted,

ROSENBERG CALICA & BIRNEY LLP

By: _____/s/_____
    Edward M. Ross (EMR-1700)
    Judah Serfaty (JS-1833)
*Attorneys for Defendants*
100 Garden City Plaza - Suite 408
Garden City, New York 11530
(516) 747-7400

To:    Wiley Rein LLP
        John E. Barry, Esq.
        Andrew G. Mc Bride, Esq.
        *Attorneys for New York SMSA Limited Partnership d/b/a Verizon Wireless*
        1776 K Street, NW
        Washington DC 20006
        (202) 719-7000
        (202) 719-7049 (fax)

        Cuddy & Feder LLP
        Christopher B. Fisher, Esq.
        *Attorneys for New Cingular Wireless PCS, LLC*
        445 Hamilton Avenue, 14th Floor
        White Plains NY 10601
        (914) 761-1300
        (914) 761-5372 (fax)

        Price, Meese, Shulman & D'Arminio, P.C.
        Gregory D. Meese, Esq.
        *Attorneys for Sprint Spectrum L.P.*
        50 Tice Boulevard
        Woodcliff Lake NJ 07677
        (201) 391-3737
        (201) 391-0998 (fax)

        Saul Ewing, LLP
        Michael A. Lampert, Esq.
        Karl J. Nelson, Esq.
        *Attorneys for Omnipoint Communications, Inc.*
        750 College Road East Suite 100
        Princeton NJ 08540-6617
        (609) 452-3123
        (609) 452-3125 (fax)