# EXHIBIT B
# OVERSIZED EXHIBIT

Remainder available by contacting
ROSENBERG CALICA & BIRNEY LLP
100 Garden City Plaza, Suite 408
Garden City, New York 11552
(516) 747-7400

(Full copy provided to all counsel via e-mail,
Courtesy Copy provided to the court via Federal Express )



# Town of Clarkstown Wireless Siting Plan

Prepared for:

The Town of Clarkstown
10 Maple Avenue
New City, New York 10956

ALEXANDER J. GROMACK
Supervisor

JOHN R. MALONEY
Councilman

RALPH E. MANDIA
Councilman

SHIRLEY LASKER
Councilwoman

CATHERINE M. NOWICKI
Councilwoman

Prepared by:

HDR|LMS
One Blue Hill Plaza
Pearl River, New York 10965

JANUARY 2007

HDR|LMS FILE NO: 45118

# TOWN OF CLARKSTOWN WIRELESS SITING PLAN

Prepared for:

**The Town of Clarkstown**
10 Maple Avenue
New City, New York 10956

Prepared by:

**HDR|LMS**
One Blue Hill Plaza
Pearl River, New York 10965

January 2007

HDR|LMS FILE NO: 45118

# TABLE OF CONTENTS

| | | |
|---|---|---|
| 1.0 | **INTRODUCTION** | 1-1 |
| 2.0 | **DESCRIPTION OF PROPOSED ACTION AND BACKGROUND INFORMATION** | 2-1 |
| | 2.1  Purpose of Study | 2-1 |
| | 2.2  Telecommunications Act of 1996 | 2-2 |
| | 2.3  Wireless Telecommunications Technologies | 2-3 |
| | 2.4  Issues Related to Facility Siting | 2-7 |
| | 2.5  Health and Safety | 2-8 |
| 3.0 | **EXISTING ENVIRONMENTAL CONDITIONS** | 3-1 |
| | 3.1  Town Setting and Physical Conditions | 3-1 |
| | 3.2  Existing Wireless Carriers in the Town and Surrounding Area | 3-2 |
| | 3.3  Existing and Potential Wireless Sites and Coverage | 3-3 |
| | 3.4  Assessment of Chapter 251 of the Town Code (L.L. No 17-1996) | 3-7 |
| 4.0 | **WIRELESS SITING PLAN METHODS AND ANALYSES** | 4-1 |
| | 4.1  Existing WTFs, Coverage, and Anticipated Service Needs | 4-1 |
| | 4.2  Development of WTF Siting Criteria and Preliminary Site Screening Tool | 4-4 |
| | 4.3  Assessment of Mitigation Approaches and Alternate Technologies | 4-6 |
| 5.0 | **FINDINGS AND RECOMMENDATIONS** | 5-1 |
| | 5.1  Summary of Findings | 5-1 |
| | 5.2  Recommendations for Chapter 251 of the Town Code | 5-3 |

**REFERENCES**

## TABLES

Table 3-1   Wireless Communication Providers in Rockland County
Table 3-2   Existing and Approved Wireless Communications Facilities in the Town of Clarkstown
Table 4-1   Preliminary Site Scoring Matrix

## MAP EXHIBITS

Exhibit 1:   Site Features
Exhibit 2:   Utility Holdings
Exhibit 3:   Parcels with Existing or Approved WTFs in Town of Clarkstown
Exhibit 4:   Existing WTFs in Rockland County (Map and Inventory Table) – Source: Rockland County Planning Department
Exhibit 5:   Existing WTFs in Clarkstown – Source: Rockland County Department of Planning – Town of Clarkstown Enlargement
Exhibit 6:   Potential County Identified Sites
Exhibit 7:   Nextel Composite Coverage Map
Exhibit 8:   Nextel County Coverage Map
Exhibit 9:   Nextel County Cell Sector Routing Plot
Exhibit 10:  Omnipoint Composite Coverage Map
Exhibit 11:  Omnipoint County Coverage Map
Exhibit 12:  Sprint Composite Coverage Map
Exhibit 13:  Sprint County Coverage Map
Exhibit 14:  Verizon County Coverage Map
Exhibit 15:  Verizon County Cell Sector Routing Plot
Exhibit 16:  Cingular/AT&T County Coverage Map
Exhibit 17:  AT&T County Drive Test Map
Exhibit 18:  Cingular/AT&T County Cell Sector Routing Plot

## ATTACHMENTS

Attachment A   Town of Clarkstown Local Laws 7 and 13 (Moratorium)
Attachment B   Telecommunications Act of 1996, Section 704
Attachment C   Technical Information on Wireless Technologies
Attachment D   DAS Overview and Analysis (Phase I Report, The Shpigler Group)
Attachment E   Information on Commercial Wireless Providers
Attachment F   Inventory of Existing Wireless Sites in Clarkstown
Attachment G   Town of Clarkstown Wireless Ordinance (Chapter 251; adopted in 1996)
Attachment H   Preliminary Site Screening Matrix – Testing and Sample Sites
Attachment I   Descriptions of Available Mitigation Approaches
Attachment J   Phase II DAS Report (The Shpigler Group)
Attachment K   Wireless Terms and Acronyms