# ROSENBERG CALICA & BIRNEY LLP
ATTORNEYS AT LAW
100 GARDEN CITY PLAZA, SUITE 408
GARDEN CITY, NEW YORK 11530
TELEPHONE (516) 747-7400
FACSIMILE (516) 747-7480
WWW.RCBLAW.COM

RONALD J. ROSENBERG*
ROBERT M. CALICA
WILLIAM J. BIRNEY
EDWARD M. ROSS^
LESLEY A. REARDON
KENNETH E. ANESER°

JOHN S. CIULLA
JUDAH SERFATY
PETER J. WILLIAMS+
ROBERT J. HOWARD
DAVID HARRY ROSENBERG
DIANA G. ATTNER
MEGAN F. CARROLL^

KENNETH J. WEINSTEIN
OF COUNSEL

*ALSO ADMITTED FL
^ALSO ADMITTED CT
°ALSO ADMITTED CT, NJ, DC
+ALSO ADMITTED MD

May 29, 2007

**TO ATTACHED SERVICE LIST:**

      Re:   Town of Clarkstown
              (Proposed Amendments to Wireless Telecommunications Facilities Law)

Dear Sirs/Madams:

      As per the request of Leslie J. Snyder, Esq., enclosed please find a copy of the revised proposed Local Law which, as I understand, has been referred to the County Planning Department and the Town Planning Board for their comments. In addition, it is my understanding that the matter has been placed on the agenda for the June 19, 2007 Town Board hearing.

      As you will observe, the latest revisions incorporate certain of the carriers' objections and concerns. However, none of these revisions should be deemed or interpreted as an admission that any of the carriers raised any valid legal objections. In addition, the Town Attorney and I, and the Town's outside wireless consultant (Michael Musso, P.E.), are available for an additional conference call with the carriers, should the carriers continue to request one.

      Please do not hesitate to contact this office, or the Town Attorney's office, if you have any further questions or concerns.

                                        Very truly yours,

                                        Edward M. Ross

EMR:cc
cc:   Amy Mele, Esq., Town Attorney (via email & facsimile w/ encl.)
        Michael Musso, P.E. (via email & facsimile w/ encl.)

## SERVICE LIST

VIA E-MAIL (jcoughlin@mmnrlaw.com)
AND FIRST CLASS MAIL
John J. Coughlin, Esq.
Munley, Meade, Nielsen & Re'
36 North New York Avenue
Huntington, NY 11743

VIA E-MAIL (cfisher@cuddyfeder.com)
AND FIRST CLASS MAIL
Christopher Fischer, Esq.
Cuddy & Feder, LLP
90 Maple Avenue
White Plains, NY 10601

VIA E-MAIL (LSnyder@snyderlaw.net)
AND FIRST CLASS MAIL
Leslie J. Snyder, Esq.
Snyder & Snyder, LLP
94 White Plains Road
Tarrytown, NY 10591

VIA E-MAIL(alison.brotman@verizonwireless.com)
AND FIRST CLASS MAIL
Alison Brotman
Verizon Wireless Legal Department
100 Southgate Parkway
Morristown, NJ 07960

VIA E-MAIL (Sheryl.stoessel@verizonwireless.com)
Sheryl Stoessel, Esq.
Verizon

VIA E-MAIL (Esme.lombard@t-mobile.com)
Esme Lombard
T-Mobile

VIA FIRST CLASS MAIL
Robert Smith, AICP
Crown Castle, USA Inc.
2000 Corporate Drive
Canonsburg, PA 15317

VIA FIRST CLASS MAIL
Karl J. Nelson, Esq.
Saul Ewing
Lockwood Place
500 East Pratt Street
Baltimore, MD 21202-3171