## ROSENBERG CALICA & BIRNEY LLP
ATTORNEYS AT LAW
100 GARDEN CITY PLAZA, SUITE 408
GARDEN CITY, NEW YORK 11530
TELEPHONE (516) 747-7400
FACSIMILE (516) 747-7480
WWW.RCBLAW.COM

RONALD J. ROSENBERG*
ROBERT M. CALICA
WILLIAM J. BIRNEY
EDWARD M. ROSS^
LESLEY A. REARDON
KENNETH E. ANESER°

JOHN S. CIULLA
JUDAH SERFATY
PETER J. WILLIAMS+
ROBERT J. HOWARD
DIANA G. ATTNER
MEGAN F. CARROLL^
DAVID HARRY ROSENBERG
DAVID M. MANNION

KENNETH J. WEINSTEIN
OF COUNSEL

*ALSO ADMITTED FL
^ALSO ADMITTED CT
°ALSO ADMITTED CT, NJ, DC
+ALSO ADMITTED MD

March 14, 2008

**VIA ECF AND OVERNIGHT MAIL**

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

> Re: *New York SMSA Limited Partnership d/b/a Verizon Wireless, et al. v. Town of Clarkstown, et ano.* (S.D.N.Y. Case No. 07 Civ. 7637)

Dear Judge Brieant:

We are attorneys for the Town of Clarkstown defendants (the "Town") in the above-referenced action. We respectfully file herewith the Town's papers in opposition to plaintiffs' motion for summary judgment, and in support of the Town's cross-motion for summary judgment. The motions are scheduled for oral argument before Your Honor on May 16, 2008. A courtesy set of the Town's papers is being delivered to Chambers via overnight mail.

We appreciate the Court's consideration and attention to this matter.

Respectfully,

/S/
Edward M. Ross

EMR:ds
cc: Counsel for All Plaintiffs (*via ECF*)