**CERTIFICATE OF SERVICE**

       I, Betty M. Valentine, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that a true and accurate copy of the foregoing Defendants' Memorandum of Law in Support of Cross-Motion for Summary Judgment with supporting papers was filed via the Court's electronic filing system on March 14, 2008, with service by operation of the Court's electronic filing system to the following counsel of record:

To:    Wiley Rein LLP
        John E. Barry, Esq.
        Andrew G. Mc Bride, Esq.
        *Attorneys for New York SMSA Limited Partnership d/b/a Verizon Wireless*
        1776 K Street, NW
        Washington DC 20006

        Cuddy & Feder LLP
        Christopher B. Fisher, Esq.
        *Attorneys for New Cingular Wireless PCS, LLC*
        445 Hamilton Avenue, 14th Floor
        White Plains NY 10601

        Price, Meese, Shulman & D'Arminio, P.C.
        Gregory D. Meese, Esq.
        *Attorneys for Sprint Spectrum L.P.*
        50 Tice Boulevard
        Woodcliff Lake NJ 07677

        Saul Ewing, LLP
        Michael A. Lampert, Esq.
        Karl J. Nelson, Esq.
        *Attorneys for Omnipoint Communications, Inc.*
        750 College Road East Suite 100
        Princeton NJ 08540-6617

       Under penalty of perjury, I declare that the foregoing is true and correct.

      March 14, 2008                                               /s/
             Date                                                           Betty M. Valentine