<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and accurate copy of the foregoing **Plaintiffs' Reply Memorandum of Law in Support of Their Motion for Summary Judgment and in Opposition to Defendants' Cross Motion for Summary Judgment** and **Plaintiffs' Response to Defendants' Statement of Material Facts Pursuant to Local Civ. R. 56.1** were filed via the Court's electronic filing system on April 18th, 2008, with service by operation of the Court's electronic filing system to the following counsel of record:

| | |
|---|---|
| Christopher B. Fisher, Esq. (CF 9494)<br>**CUDDY & FEDER LLP**<br>445 Hamilton Avenue, 14th Floor<br>White Plains, New York 10601<br>Tel.: 914.761.1300<br>Fax: 914.761.5372<br><br>*Attorney for Plaintiff*<br>*New Cingular Wireless PCS, LLC* | Gregory D. Meese, Esq. (GDM 8738)<br>**PRICE, MEESE, SHULMAN &**<br>**D'ARMINIO, P.C.**<br>50 Tice Boulevard<br>Woodcliff Lake, NJ 07677<br>Tel: 201.391.3737<br><br>*Attorney for Plaintiff*<br>*Sprint Spectrum L.P.* |
| Michael A. Rowe, Esq. (MR 8643)<br>Karl J. Nelson (Pro Hac Vice)<br>**SAUL EWING, LLP**<br>750 College Road East<br>Suite 100<br>Princeton, New Jersey 08540-6617<br>Tel.: 609.452.3123<br>Fax: 609.452.3125<br><br>*Attorneys for Plaintiff*<br>*Omnipoint Communications, Inc.* | Megan Frances Carroll, Esq.<br>Edward M. Ross, Esq.<br>**ROSENBERG CALICA & BIRNEY LLP**<br>100 Garden City Plaza<br>Garden City, New York 11530<br>Tel.: 516.747.7400<br>Fax: 516.747.7480<br><br>*Attorneys for Defendants Town of Clarkstown and*<br>*Town Board of the Town of Clarkstown* |

                                                   /s/ Andrew G. McBride
                                                    Andrew G. McBride