**FCC/LSGAC**  **Local Official's Guide to RF**

### APPENDIX A

*Optional Checklist for Determination*

*Of Whether a Facility is Categorically Excluded*

**FCC/LSGAC**                                                              **Local Official's Guide to RF**

## Optional Checklist for Local Government
## To Determine Whether a Facility is Categorically Excluded

Purpose: The FCC has determined that many wireless facilities are unlikely to cause human exposures in excess of RF exposure guidelines. Operators of those facilities are exempt from routinely having to determine their compliance. These facilities are termed "categorically excluded." Section 1.1307(b)(1) of the Commission's rules defines those categorically excluded facilities. This checklist will assist state and local government agencies in identifying those wireless facilities that are categorically excluded, and thus are highly unlikely to cause exposure in excess of the FCC's guidelines. Provision of the information identified on this checklist may also assist FCC staff in evaluating any inquiry regarding a facility's compliance with the RF exposure guidelines.

**BACKGROUND INFORMATION**

1. Facility Operator's Legal Name: _____
2. Facility Operator's Mailing Address: _____
3. Facility Operator's Contact Name/Title: _____
4. Facility Operator's Office Telephone: _____
5. Facility Operator's Fax: _____
6. Facility Name: _____
7. Facility Address: _____
8. Facility City/Community: _____
9. Facility State and Zip Code: _____
10. Latitude: _____
11. Longitude: _____

continue →

**Optional Local Government Checklist (page 2)**

---

**EVALUATION OF CATEGORICAL EXCLUSION**

12. Licensed Radio Service (see attached Table 1): _____
13. Structure Type (free-standing or building/roof-mounted): _____
14. Antenna Type [omnidirectional or directional (includes sectored)]: _____
15. Height above ground of the lowest point of the antenna (in meters): _____
16. ☐ Check if <u>all</u> of the following are true:
    (a) This facility will be operated in the Multipoint Distribution Service, Paging and Radiotelephone Service, Cellular Radiotelephone Service, Narrowband or Broadband Personal Communications Service, Private Land Mobile Radio Services Paging Operations, Private Land Mobile Radio Service Specialized Mobile Radio, Local Multipoint Distribution Service, or service regulated under Part 74, Subpart I (see question 12).
    (b) This facility will <u>not</u> be mounted on a building (see question 13).
    (c) The lowest point of the antenna will be at least 10 meters above the ground (see question 15).

If box 16 is checked, this facility is categorically excluded and is unlikely to cause exposure in excess of the FCC's guidelines. The remainder of the checklist need not be completed. If box 16 is not checked, continue to question 17.

17. Enter the power threshold for categorical exclusion for this service from the attached Table 1 in watts ERP or EIRP* (note: EIRP = (1.64) X ERP): _____
18. Enter the total number of channels if this will be an omnidirectional antenna, or the maximum number of channels in any sector if this will be a sectored antenna: _____
19. Enter the ERP or EIRP per channel (using the same units as in question 17):_____
20. Multiply answer 18 by answer 19:_____
21. Is the answer to question 20 less than or equal to the value from question 17 (yes or no)?

If the answer to question 21 is YES, this facility is categorically excluded. It is unlikely to cause exposure in excess of the FCC's guidelines.

If the answer to question 21 is NO, this facility is not categorically excluded. Further investigation may be appropriate to verify whether the facility may cause exposure in excess of the FCC's guidelines.

---

*"ERP" means "effective radiated power" and "EIRP" means "effective isotropic radiated power

FCC/LSGAC                                                                                Local Official's Guide to RF

TABLE 1: TRANSMITTERS, FACILITIES AND OPERATIONS SUBJECT TO ROUTINE ENVIRONMENTAL EVALUATION

| SERVICE (TITLE 47 CFR RULE PART) | EVALUATION REQUIRED IF: |
|---|---|
| Experimental Radio Services (part 5) | power > 100 W ERP (164 W EIRP) |
| Multipoint Distribution Service (subpart K of part 21) | non-building-mounted antennas: height above ground level to lowest point of antenna < 10 m and power > 1640 W EIRP<br>building-mounted antennas:<br>power > 1640 W EIRP |
| Paging and Radiotelephone Service (subpart E of part 22) | non-building-mounted antennas: height above ground level to lowest point of antenna < 10 m and power > 1000 W ERP (1640 W EIRP)<br>building-mounted antennas:<br>power > 1000 W ERP (1640 W EIRP) |
| Cellular Radiotelephone Service (subpart H of part 22) | non-building-mounted antennas: height above ground level to lowest point of antenna < 10 m and total power of all channels > 1000 W ERP (1640 W EIRP)<br>building-mounted antennas:<br>total power of all channels > 1000 W ERP (1640 W EIRP) |

TABLE 1 (cont.)

| SERVICE (TITLE 47 CFR RULE PART) | EVALUATION REQUIRED IF: |
|---|---|
| Personal Communications Services (part 24) | (1) Narrowband PCS (subpart D): <u>non-building-mounted antennas</u>: height above ground level to lowest point of antenna < 10 m <u>and</u> total power of all channels > 1000 W ERP (1640 W EIRP) <u>building-mounted antennas</u>: total power of all channels > 1000 W ERP (1640 W EIRP)<br><br>(2) Broadband PCS (subpart E): <u>non-building-mounted antennas</u>: height above ground level to lowest point of antenna < 10 m <u>and</u> total power of all channels > 2000 W ERP (3280 W EIRP) <u>building-mounted antennas</u>: total power of all channels > 2000 W ERP (3280 W EIRP) |
| Satellite Communications (part 25) | all included |
| General Wireless Communications Service (part 26) | total power of all channels > 1640 W EIRP |
| Wireless Communications Service (part 27) | total power of all channels > 1640 W EIRP |
| Radio Broadcast Services (part 73) | all included |

TABLE 1 (cont.)

| SERVICE (TITLE 47 CFR RULE PART) | EVALUATION REQUIRED IF: |
|---|---|
| Experimental, auxiliary, and special broadcast and other program distributional services (part 74) | subparts A, G, L: power > 100 W ERP<br><br>subpart I:<br>non-building-mounted antennas: height above ground level to lowest point of antenna < 10 m and power > 1640 W EIRP<br>building-mounted antennas:<br>power > 1640 W EIRP |
| Stations in the Maritime Services (part 80) | ship earth stations only |
| Private Land Mobile Radio Services Paging Operations (part 90) | non-building-mounted antennas: height above ground level to lowest point of antenna < 10 m and power > 1000 W ERP (1640 W EIRP)<br>building-mounted antennas: power > 1000 W ERP (1640 W EIRP) |
| Private Land Mobile Radio Services Specialized Mobile Radio (part 90) | non-building-mounted antennas: height above ground level to lowest point of antenna < 10 m and total power of all channels > 1000 W ERP (1640 W EIRP)<br>building-mounted antennas:<br>total power of all channels > 1000 W ERP (1640 W EIRP) |

TABLE 1 (cont.)

| SERVICE (TITLE 47 CFR RULE PART) | EVALUATION REQUIRED IF: |
|---|---|
| Amateur Radio Service (part 97) | transmitter output power > levels specified in § 97.13(c)(1) of this chapter |
| Local Multipoint Distribution Service (subpart L of part 101) | <u>non-building-mounted antennas</u>: height above ground level to lowest point of antenna < 10 m <u>and</u> power > 1640 W EIRP<br><u>building-mounted antennas</u>: power > 1640 W EIRP<br><br>LMDS licensees are required to attach a label to subscriber transceiver antennas that: (1) provides adequate notice regarding potential radiofrequency safety hazards, *e.g.*, information regarding the safe minimum separation distance required between users and transceiver antennas; and (2) references the applicable FCC-adopted limits for radiofrequency exposure specified in § 1.1310 of this chapter. |

**FCC/LSGAC**                                                              **Local Official's Guide to RF**

# APPENDIX B

*Estimated "Worst Case" Distances that Should be Maintained from Single Cellular, PCS, and Paging Base Station Antennas*

**FCC/LSGAC**                                                                 **Local Official's Guide to RF**

Table B1-1. Estimated "worst case" horizontal* distances that should be maintained from a single, omni-directional, **cellular base-station** antenna to meet FCC RF exposure guidelines

| Effective Radiated Power (watts) per channel based on maximum total of 96 channels per antenna | Effective Isotropic Radiated Power (watts) per channel based on a maximum total of 96 channels per antenna | Horizontal* distance (feet) that should be maintained from a single omni-directional cellular antenna |
|---|---|---|
| 0.5 | 0.82 | 3.4 |
| 1 | 1.6 | 4.8 |
| 5 | 8.2 | 10.8 |
| 10 | 16.4 | 15.2 |
| 25 | 41 | 24.1 |
| 50 | 82 | 34.1 |
| 100 | 164 | 48.2 |

For intermediate values not shown on this table, please refer to the Figure B1-1

*These distances are based on exposure at same level as the antenna, for example, on a rooftop or in a building directly across from and at the same height as the antenna.

Note: These estimates are worst case, assuming an omnidirectional antenna using 96 channels. If the systems are using fewer channels, the actual horizontal distances that must be maintained will be less. Cellular omnidirectional antennas transmit more or less equally from the antenna in all horizontal directions and transmit relatively little energy directly toward the ground. Therefore, these distances are even more conservative for "non-horizontal" distances, for example, distances directly below an antenna.

**FCC/LSGAC**  **Local Official's Guide to RF**

Figure B1-1. Estimated "worst case" horizontal* distances that should be maintained from a single omni-directional **cellular base station** antenna to meet FCC RF exposure guidelines



Horizontal distance from an omnidirectional cellular antenna (feet)

* These distances are based on exposure at same level as antenna, for example, on a rooftop or in a building directly across from and at the same height as the antenna.

Note: These estimates are worst case, assuming an omnidirectional antenna using 96 channels. If the systems are using fewer channels, the actual horizontal distances that must be maintained will be less. Cellular omnidirectional antennas transmit more or less equally from the antenna in all horizontal directions and transmit relatively little energy directly toward the ground.

**FCC/LSGAC**                                                                                   **Local Official's Guide to RF**

Table B1-2. Estimated "worst case" horizontal* distances that should be maintained from a single, sectorized, **cellular base-station** antenna to meet FCC RF exposure guidelines

| Effective Radiated Power (watts) per channel based on maximum total of 21 channels per sector | Effective Isotropic Radiated Power (watts) per channel based on maximum total of 21 channels per sector | Horizontal* distance (feet) that should be maintained from a single sectorized cellular antenna |
|---|---|---|
| 0.5 | 0.82 | 1.6 |
| 1 | 1.6 | 2.3 |
| 5 | 8.2 | 5 |
| 10 | 16.4 | 7.1 |
| 25 | 41 | 11.3 |
| 50 | 82 | 16 |
| 100 | 164 | 22.6 |

For intermediate values not shown on this table, please refer to the Figure B1-2

*These distances are based on exposure at same level as the antenna, for example, on a rooftop or in a building directly across from and at the same height as the antenna.

Note: These estimates are "worst case," assuming a sectorized antenna using 21 channels. If the systems are using fewer channels, the actual horizontal distances that must be maintained will be less. Cellular sectorized antennas transmit more or less in one direction from the antenna in a horizontal direction and transmit relatively little energy directly toward the ground. Therefore, these distances are even more conservative for "non-horizontal" distances, for example, distances directly below an antenna.

Figure B1-2. Estimated "worst case" horizontal* distances that should be maintained from a single sectorized, **cellular base station** antenna to meet FCC RF exposure guidelines



Horizontal distance from a sectorized cellular antenna (feet)

\* These distances are based on exposure at same level as antenna, for example, on a rooftop or in a building directly across from and at the same height as the antenna.

Note: These estimates are "worst case", assuming a sectorized antenna using 21 channels. If the systems are using fewer channels, the actual horizontal distances that must be maintained will be less. Cellular sectorized antennas transmit more or less in one direction from the antenna in a horizontal direction and transmit relatively little energy directly toward the ground.

**FCC/LSGAC**                                                                                   **Local Official's Guide to RF**

Table B1-3. Estimated "worst case" horizontal* distances that should be maintained from a single sectorized **Broadband PCS base station** antenna to meet FCC RF exposure guidelines

| Effective Radiated Power (watts) per channel based on maximum total of 21 channels per sector | Effective Isotropic Radiated Power (watts) per channel based on maximum total of 21 channels per sector | Horizontal* distance (feet) that should be maintained from a single sectorized Broadband PCS antenna |
|---|---|---|
| 0.5 | 0.82 | 1.2 |
| 1 | 1.6 | 1.7 |
| 5 | 8.2 | 3.8 |
| 10 | 16.4 | 5.4 |
| 25 | 41 | 8.6 |
| 50 | 82 | 12.1 |
| 100 | 164 | 17.2 |

For intermediate values not shown on this table, please refer to the Figure B1-3

*These distances are based on exposure at same level as the antenna, for example, on a rooftop or in a building directly across from and at the same height as the antenna.

Note: These estimates are "worst case," assuming a sectorized antenna using 21 channels. If the system is using fewer than 21 channels, the actual horizontal distances that must be maintained will be less. PCS sectorized antennas transmit more or less in one direction from the antenna in a horizontal direction and transmit relatively little energy directly toward the ground. Therefore, these distances are even more conservative for "non-horizontal" distances, for example, distances directly below an antenna.

Figure B1-3. Estimated "worst case" horizontal* distances that should be maintained from a single sectorized, **PCS base station** antenna to meet FCC RF exposure guidelines



Horizontal distance from a sectorized PCS antenna (feet)

* These distances are based on exposure at same level as antenna, for example, on a rooftop or in a building directly across from and at the same height as the antenna.

Note: These estimates are "worst case", assuming a sectorized antenna using 21 channels. If the systems are using fewer channels, the actual horizontal distances that must be maintained will be less. PCS sectorized antennas transmit more or less in one direction from the antenna in a horizontal direction and transmit relatively little energy directly toward the ground.

**FCC/LSGAC**  **Local Official's Guide to RF**

Table B1-4. Estimated "worst case" horizontal* distances that should be maintained from a single omnidirectional **paging** or **narrowband PCS** antenna to meet FCC RF exposure guidelines. Note: this table and the associated figure only apply to the 900-940 MHz band; paging antennas at other frequencies are subject to different values.

| Effective Radiated Power (watts) based on one channel per antenna | Effective Isotropic Radiated Power (watts) | Horizontal* distance (feet) that should be maintained from a single omnidirectional paging or narrowband PCS antenna |
|---|---|---|
| 50 | 82 | 3.4 |
| 100 | 164 | 4.8 |
| 250 | 410 | 7.5 |
| 500 | 820 | 10.6 |
| 1,000 | 1,640 | 15.1 |
| 2,000 | 3,280 | 21.3 |
| 3,500 | 5,740 | 28.2 |

For intermediate values not shown on this table, please refer to the Figure B1-4

*These distances are based on exposure at same level as the antenna, for example, on a rooftop or in a building directly across from and at the same height as the antenna.

Note: These distances assume only one frequency (channel) per antenna. Distances would be greater if more than one channel is used per antenna. Omnidirectional paging and narrowband PCS antennas transmit more or less equally from the antenna in all horizontal directions and transmit relatively little energy toward the ground. Therefore, these distances are even more conservative for "non-horizontal" distances, for example, distances directly below an antenna.

Figure B1-4. Estimated "worst case" horizontal* distances that should be maintained from a single omnidirectional **paging** or **narrowband PCS** antenna to meet FCC RF exposure guidelines. Note: this figure and the associated table only apply to the 900-940 MHz band; paging antennas at other frequencies are subject to different values



Horizontal distance from an omnidirectional paging or narrowband PCS antenna (feet)

* These distances are based on exposure at the same level as the antenna, for example, on a rooftop or building directly across from and at the same height as the antenna.

Note: These distances assume only one frequency (channel) per antenna. Distances would be greater if more than one channel is used per antenna. Omnidirectional paging and narrowband PCS antennas transmit more or less equally from the antenna in all horizontal directions and transmit relatively little energy towards the ground.

FCC/LSGAC                                                                  Local Official's Guide to RF

# APPENDIX C

## Text of 47 U.S.C. § 332(c)(7)

(7) PRESERVATION OF LOCAL ZONING AUTHORITY.

    (A) GENERAL AUTHORITY. Except as provided in this paragraph, nothing in this Act shall limit or affect the authority of a State or local government or instrumentality thereof over decisions regarding the placement, construction, and modification of personal wireless service facilities.

    (B) LIMITATIONS.
        (i) The regulation of the placement, construction, and modification of personal wireless service facilities by and State or local government or instrumentality thereof (I) shall not unreasonably discriminate among providers of functionally equivalent services; and (II) shall not prohibit or have the effect of prohibiting the provision of personal wireless services.
        (ii) A State or local government or instrumentality thereof shall act on any request for authorization to place, construct, or modify personal wireless service facilities within a reasonable period of time after the request is duly filed with such government or instrumentality, taking into account the nature and scope of such request.
        (iii) Any decision by a State or local government or instrumentality thereof to deny a request to place, construct, or modify personal wireless service facilities shall be in writing and supported by substantial evidence contained in a written record.
        (iv) No State or local government or instrumentality thereof may regulate the placement, construction, or modification of personal wireless service facilities on the basis of the environmental effects of radio frequency emissions to the extent that such facilities comply with the Commission's regulations concerning such emissions.
        (v) Any person adversely affected by any final action or failure to act by a State or local government or any instrumentality thereof that is inconsistent with this subparagraph may, within 30 days after such action or failure to act, commence an action in any court of competent jurisdiction. The court shall hear and decide such action on an expedited basis. Any person adversely affected by an act or failure to act by a State or local government or any instrumentality thereof that is inconsistent with clause (iv) may petition the Commission for relief.

    (C) DEFINITIONS. For purposes of this paragraph
        (i) the term "personal wireless services" means commercial mobile services, unlicensed wireless services, and common carrier wireless exchange access services;
        (ii) the term "personal wireless service facilities" means facilities for the provision of personal wireless services; and
        (iii) the term "unlicensed wireless service" means the offering of telecommunications service using duly authorized devices which do not require individual licenses, but does not mean the provision of direct-to-home satellite services (as defined in section 303(v)).