**CERTIFICATE OF SERVICE**

   I, Betty M. Valentine, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that a true and accurate copy of the foregoing Musso Reply Declaration with supporting papers was filed via the Court's electronic filing system on May 9, 2008, with service by operation of the Court's electronic filing system to the following counsel of record:

To: Wiley Rein LLP
   John E. Barry, Esq.
   Andrew G. Mc Bride, Esq.
   *Attorneys for New York SMSA Limited Partnership d/b/a Verizon Wireless*
   1776 K Street, NW
   Washington DC 20006

   Cuddy & Feder LLP
   Christopher B. Fisher, Esq.
   *Attorneys for New Cingular Wireless PCS, LLC*
   445 Hamilton Avenue, 14th Floor
   White Plains NY 10601

   Price, Meese, Shulman & D'Arminio, P.C.
   Gregory D. Meese, Esq.
   *Attorneys for Sprint Spectrum L.P.*
   50 Tice Boulevard
   Woodcliff Lake NJ 07677

   Saul Ewing, LLP
   Michael A. Lampert, Esq.
   Karl J. Nelson, Esq.
   *Attorneys for Omnipoint Communications, Inc.*
   750 College Road East Suite 100
   Princeton NJ 08540-6617

   Under penalty of perjury, I declare that the foregoing is true and correct.

| May 9, 2008 | /s/ |
|---|---|
| Date | Betty M. Valentine |